IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>JUAN MANUEL GOUVEIA-AGUILERA<br>and ALFREDO PINTO-MENDOZA,<br>                  Defendants. | 8:25-CR-112<br><br>**ORDER FOR DISMISSAL** |

      This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 73. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 49, against defendants Juan Manuel Gouveia-Aguilera and Alfredo Pinto-Mendoza. The Court finds the Motion should be granted. Accordingly,

      IT IS ORDERED that the Government's Motion to dismiss, Filing 73, is granted, and the Indictment, Filing 49, against defendants Juan Manuel Gouveia-Aguilera and Alfredo Pinto-Mendoza is dismissed without prejudice.

      Dated this 8th day of September, 2025.

                                                            BY THE COURT:

                                                            Brian C. Buescher
                                                            United States District Judge